**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00416-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARIELL OAKLEY,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND SET
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for December 19, 2008 and the three-day jury trial set to commence on December 29, 2008 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than 4:00 p.m. on December 2, 2008 to set this matter for a Change of Plea Hearing.

DATED: November  25 , 2008

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge