**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00416-CMA-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LARIELL OAKLEY,

       Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING**

---

       THIS MATTER is before the Court on the report of the probation officer regarding the Petition for Issuance of Summons to Appear at a Supervised Release Hearing on May 13, 2015, and the Court now being advised that the defendant is still pending felony charges in El Paso County District Court in case number 2014-CR-5413. Accordingly, it is

       ORDERED that the Supervised Release Hearing scheduled for May 13, 2015, be vacated. It is

       FURTHER ORDERED that the probation office and counsel email arguello_chambers @cod.uscourts.gov to reschedule a Supervised Release Hearing upon the disposition in El Paso County Combined Court case number 2014-CR-5413.

       DATED at Denver, Colorado, this 5th day of May, 2015.

       BY THE COURT:

       _____
       Christine M. Arguello
       United States District Judge